# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rau, Steven E. | US District Court - District Court of Minnesota | 03/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

316 North Robert St
Suite 334
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UGMA - Steven | | | | | | | | | |
| 2. AT&T Inc | A | Dividend | J | T | | | | | |
| 3. Apple, Inc. | A | Dividend | J | T | | | | | |
| 4. Eagle Capital Appreciation Class C | | None | | | Sold | 3/5/2014 | J | A | |
| 5. Berkshire Hathaway Inc | | None | J | T | Buy | 3/5/2014 | J | | |
| 6. | | | | | | | | | |
| 7. UGMA-Edward | | | | | | | | | |
| 8. Alliance Bernstein Core Opportunities Fund Class C ADGCX | | None | J | T | | | | | |
| 9. Eagle Capital Appreciation Class C | | None | | | Sold | 3/7/2014 | J | A | |
| 10. Berkshire Hathaway Inc | | None | J | T | Buy | 3/7/2014 | J | | |
| 11. | | | | | | | | | |
| 12. IRA - Steve | | | | | | | | | |
| 13. Berkshire Hathaway | | None | K | T | Buy | 02/21/14 | K | | |
| 14. Columbia Select Large - UMLGX | | None | M | T | Buy | 2/21/14 | M | | |
| 15. Columbia Fund Ser Tr-CEEZX | A | Dividend | K | T | Buy | 2/21/14 | K | | |
| 16. Merger Fund Sh Ben Int-MERFX | A | Dividend | K | T | Buy | 2/21/14 | K | | |
| 17. Wells Fargo Fds Trust-WARDX | B | Dividend | L | T | Buy | 2/21/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Fds Tr-WDHYX | C | Dividend | L | T | Buy | 2/21/14 | L | | |
| 19. Spider S&P Biotech EFT-XBI | A | Dividend | K | T | Buy | 2/21/14 | K | | |
| 20. Thornburg Inv Tr-THDIX | A | Dividend | K | T | Buy | 2/21/14 | K | | |
| 21. Wells Fargo Funds Tr-WFMIX | A | Dividend | K | T | Buy | 2/21/14 | K | | |
| 22. | | | | | | | | | |
| 23. Meuers - IRA | | | | | | | | | |
| 24. Abbvie (spinoff from Abbott) | A | Dividend | K | T | Buy (add'l) | 8/11/14 | J | | |
| 25. Amgen Inc. | A | Dividend | J | T | | | | | |
| 26. Apple, Inc. | A | Dividend | J | T | Buy | 2/7/14 | J | | |
| 27. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 8/11/14 | J | | |
| 28. Berkshire Hathaway | | None | K | T | Buy (add'l) | 8/11/14 | J | | |
| 29. Bristol Meyers Squibb | A | Dividend | K | T | Buy (add'l) | 8/11/14 | J | | |
| 30. Celgene Corp | | None | K | T | | | | | |
| 31. Chevron Corporation | A | Dividend | J | T | Buy (add'l) | 8/11/14 | J | | |
| 32. Coach | A | Dividend | K | T | Buy (add'l) | 8/11/14 | J | | |
| 33. Coca-Cola | A | Dividend | J | T | | | | | |
| 34. Danaher Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. EMC Corp | A | Dividend | K | T | Buy | 2/7/14 | K | | |
| 36. Morgan Stanley - MSD | A | Dividend | | | Sold | 2/7/14 | J | | |
| 37. Morgan Stanley Emg Mkt debt -EDD | A | Dividend | | | Sold | 2/7/14 | J | | |
| 38. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 39. General Electric Company | A | Dividend | K | T | Buy (add'l) | 8/11/14 | J | | |
| 40. Intel Corp | A | Dividend | K | T | | | | | |
| 41. Inernational Business Machine Corp | A | Dividend | | | Sold | 8/11/14 | J | C | |
| 42. Ishares Tr MSCI ETF | A | Dividend | | | Sold | 2/7/14 | K | A | |
| 43. Ishares Global Tech - IXN | A | Dividend | J | T | | | | | |
| 44. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 45. Kinder Morgan | A | Dividend | | | Sold | 8/11/14 | K | C | |
| 46. Eli Lilly & Co | A | Dividend | | | Sold | 8/11/14 | J | C | |
| 47. Merck & Co Inc. | A | Dividend | K | T | | | | | |
| 48. Mainstay Fd High Yield | B | Dividend | J | T | Sold (part) | 8/11/14 | K | A | |
| 49. Microsoft Corp | A | Dividend | K | T | Sold (part) | 8/11/14 | J | B | |
| 50. Novartis AG | A | Dividend | K | T | Buy (add'l) | 8/11/14 | J | | |
| 51. Nustar GP Holdings LLC | A | Dividend | | | Sold | 2/7/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer Dev Markets-ODVYX | A | Dividend | K | T | Sold (part) | 8/11/14 | K | B | |
| 53. Pepsico Inc. | A | Dividend | | | Sold | 2/7/14 | J | B | |
| 54. Pfizer | A | Dividend | K | T | Buy | 2/7/14 | J | | |
| 55. Pfizer | A | Dividend | K | T | Buy (add'l) | 8/11/14 | J | | |
| 56. Plum Creek Timber Co Inc | A | Dividend | | | Sold | 8/11/14 | J | A | |
| 57. Target Corp | A | Dividend | K | T | | | | | |
| 58. Templeton Funds - TGBAX | A | Dividend | J | T | | | | | |
| 59. Thornburg Inv Tr Developing World Fd-THDIZ | A | Dividend | J | T | Buy | 8/11/14 | J | | |
| 60. 3M | A | Dividend | J | T | | | | | |
| 61. Total S A Sponsored ADR TOT | A | Dividend | J | T | | | | | |
| 62. United Technologies Corp | A | Dividend | J | T | | | | | |
| 63. Wells Fargo Funds - WARDX | A | Dividend | J | T | Buy | 8/11/14 | J | | |
| 64. Wells Fargo Fds Tr-WDHYX | B | Dividend | L | T | Buy (add'l) | 8/11/14 | J | | |
| 65. Wells Fargo Advantage-SCVIX | A | Dividend | J | T | Sold (part) | 2/7/14 | J | C | |
| 66. Wells Fargo Advantage - SCVIX | A | Dividend | J | T | Sold (part) | 8/11/14 | J | B | |
| 67. WGL Holdings Inc-WGL | A | Dividend | K | T | Buy (add'l) | 2/7/14 | J | | |
| 68. Chambers Street Properties (formerly CB Richard Ellis) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lehman Brothers Holdings Global Nots | A | Int./Div. | J | T | | | | | |
| 70. ING Group NV 7.375% Pfd | A | Int./Div. | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. Alliance Berstein 529 Growth C | | None | M | T | | | | | |
| 73. Tiger Building LP Note | C | Int./Div. | K | U | | | | | |
| 74. | | | | | | | | | |
| 75. Meuers/Rau Joint Account | | | | | | | | | |
| 76. Abbvie (spinoff from Abbott) | A | Dividend | K | T | | | | | |
| 77. Aflac Inc-AFL | A | Dividend | | | Sold | 8/11/14 | J | A | |
| 78. American Electric Power Inc-AEP | A | Dividend | K | T | | | | | |
| 79. AT&T-Inc-T | A | Dividend | J | T | | | | | |
| 80. Bristol Myers Squibb-BMY | A | Dividend | K | T | | | | | |
| 81. Chevron Corporation-CVX | A | Dividend | J | T | | | | | |
| 82. Health Care Reit, Inc -HCN | A | Dividend | J | T | | | | | |
| 83. Intel Corp-INTC | A | Dividend | K | T | Sold (part) | 8/11/14 | J | A | |
| 84. International Business Maching Corp-IBM | A | Dividend | | | Sold | 8/11/14 | J | A | |
| 85. Johnson & Johnson-JNJ | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Merck & Co Inc -MRK | A | Dividend | K | T | | | | | |
| 87. Novartis AG Spon ADR-NVS | A | Dividend | K | T | | | | | |
| 88. Pepsico Inc-PEP | A | Dividend | J | T | | | | | |
| 89. PG&E Corporation - PCG | A | Dividend | J | T | Buy | 8/11/14 | J | | |
| 90. Qualcomm, Inc. - QCOM | A | Dividend | J | T | Buy | 8/11/14 | J | | |
| 91. Target Corp-TGT | A | Dividend | J | T | | | | | |
| 92. United Techonologies Corp-UTX | A | Dividend | J | T | | | | | |
| 93. Wells Fargo Company-WFC - see notes in section 8 | C | Dividend | M | T | Buy (add'l) | 3/15/14 | M | | |
| 94. Wells Fargo Company - WFC-see notes in section 8 | C | Dividend | M | T | Sold (part) | 12/23/14 | M | | |
| 95. WGL Holdings Inc-WGL | A | Int./Div. | M | T | | | | | |
| 96. Wells Fargo Money Market Fund | A | Int./Div. | M | T | | | | | |
| 97. Wells Fargo Corp Stock | A | Dividend | K | T | | | | | |
| 98. | | | | | | | | | |
| 99. Wells Fargo Philantropy Fund - donor advised fund - see note | | | M | T | Buy | 12/23/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rau, Steven E. | 03/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2013 report should have shown that Line 12 - Bristol Myers Squibb was sold 10/3/2013, value code - J, Gain Code D

Line 93 - Transferred in corporate WFC stock through DRS - owned corporate stock options that have been exercised

Line 94 - Opened a donor advise fund and transferred in shares of WFC.  There is no gain or loss from the disposition as it is a charitable donation.

Line 99 - This is the establishment of the donor advise fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven E. Rau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544